AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
**Oscar Ivan Saenz-Sanchez**
A088 336 185
AKA:

IAE    YOB:    1980
the United Mexican States
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED

NOV 26 2014

, Clerk of Court

## CRIMINAL COMPLAINT

Case Number: M-14-2251-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 24, 2014** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Oscar Ivan Saenz-Sanchez was encountered by Border Patrol Agents near Hidalgo, Texas on November 24, 2014. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 24, 2014, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States, for the second time, on July 11, 2014, through Brownsville, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 15, 2011, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to forty-six (46) months confinement and three (3) years supervised release.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes  ☒ No

*[Signature]*

Sworn to before me and subscribed in my presence,

**November 26, 2014**

**Signature of Complainant**
**Derek Conrow          Senior Patrol Agent**

**Dorina Ramos**, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

*[Signature: Dorina Ramos]*
**Signature of Judicial Officer**